**92-2278.** State ex rel. Rodriquez v. Indus. Comm. *Franklin County,* No. 92AP-469. On request for oral argument. Request denied.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92-2392.** Doe v. First United Methodist Church. *Lorain County,* Nos. 91CA005260 and 92CA005318. On motion for leave to file *amicus* of Adult Support for Incest Survivors of Today. Motion granted.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**92-2422.** Judson Retirement Community v. Limbach. Board of Tax Appeals, No. 90-H-1442. On motion to strike. Motion denied. On motion for leave to file reply brief instanter. Motion granted.

**92-2549.** Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc. *Hamilton County,* No. C-910545. On motion for leave to file *amicus* of Ohio Manufacturers' Association et al. Motion granted.

**92-2565.** State v. Scudder. *Franklin County,* No. 91AP-506. On motion for leave to supplement the record. Motion granted.

**92-2609.** State ex rel. Cooper v. Bay Village. In Mandamus. On motion to dismiss or for summary judgment. Motion denied.

**93-91.** State ex rel. Cohen v. State Teachers Retirement Sys. of Ohio. In Mandamus. On motion to strike or, in the alternative, to respond. Motion to strike denied.

PFEIFER, J., would also grant the motion to respond.

WRIGHT, RESNICK and F.E. SWEENEY, JJ., dissent.

**93-161.** State ex rel. A & B Refuse Disposers, Inc. v. Schregardus. In Mandamus. On motion to dismiss. Motion converted to motion for summary judgment and fourteen days allowed.

RESNICK and PFEIFER, JJ., dissent.

**93-264.** State ex rel. Parker v. Ohio Bd. of Parole. *Allen County,* No. 1-92-106. On request for production of documents. Request denied.

**93-349.** Copper v. Buckeye Steel Castings. Certified Question of State Law. *Sua sponte,* this cause is set for oral argument.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**93-441.** Farmer v. Kelleys Island Bd. of Edn. *Erie County,* No. E-92-1. On motion for leave to file *amicus* of Ohio School Boards Association. Motion granted.

**93-656.** State ex rel. Ohio Water Dev. Auth. v. Campbell. In Mandamus. On motion to dismiss. Motion denied.

**93-659.** Lazuta v. Lazuta. *Cuyahoga County,* No. 63876. On motion to dismiss and motion for leave to file memorandum in support instanter. Motion to dismiss denied and motion for leave granted.

WRIGHT, RESNICK and PFEIFER, JJ., dissent.

**93-717.** State v. Jones. *Cuyahoga County,* 61279. On motion for leave to exceed page limit and for extension of time. Motion granted.

A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.

**93-765.** Bartak v. Bartak. *Cuyahoga County,* No. 61913. On motion to vacate and for extension of time. Motion granted.

A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

**93-777.** Children's Hospital v. Martin. *Franklin County,* No. 92AP-767. On motion for leave to file notice of appeal instanter and motion to dismiss. Motion for leave granted and motion to dismiss denied.

F.E. SWEENEY, J., dissents.